IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONNE BATTLE,

    Plaintiff,      2:01-cv-2344-GEB-DAD-P

  vs.

V. SANCHEZ, et al.,

    Defendants.      ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 11, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. The court finds that plaintiff's objections include evidence offered for the first time in opposition to defendants' motion for summary judgment. In the exercise of its discretion, the court has considered plaintiff's evidence. See Brown v. Roe, 279 F.3d 742, 744 (9th Cir. 2002). Plaintiff's copy of the first page of a complaint filed in a previous lawsuit on October 26, 1998, fails to dispute defendants' evidence that on June 21, 2000, defendant Bonaccorso was unaware of plaintiff's lawsuit against defendant Sanchez. The October 26, 1998 complaint in Battle v. Torres, case No. CIV S-98-2086 FCD DAD P, was not served, plaintiff amended his complaint to name another officer as defendant in place of S. Bonaccorso, and the action did not proceed against S. Bonaccorso. Plaintiff's copy of a rule violation report issued by A. Thompson does not dispute defendants' evidence concerning the purpose of the search conducted on June 21, 2000, because the rule violation occurred on June 22, 2000. Plaintiff's evidence does not establish the existence of a genuine issue as to any material fact. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1   1.  The findings and recommendations filed July 11, 2005, are adopted in full;

2.  Defendants' motion for summary judgment filed August 31, 2004, is granted; and

3.  This action is dismissed with prejudice.

Dated:  August 29, 2005

<pre>
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
</pre>